# UNITED STATES DISTRICT COURT

Tamitra Dixon
1062 Jack's Bluff RD Hwy 99
~~P.O. Box 1935~~
Darien, G.A. 31305

Smith State Prison
9676 US Hwy 301
P.O. Box 726
Glennville, G.A. 30427

Case: 1:16-cv-02375                    (F-Deck)
Assigned To : Leon, Richard J.
Assign. Date : 12/6/2016
Description: Pro Se Gen. Civil

## Complaint

I am so disappointed in the government for allowing these people that work for the states or government in law enforcement to abuse their power to get away with crime. What example are you showing to the citizens? How can you put the citizens away for crime when you have people in law enforcement committing them? I am also disappointed because my situation left the prison into my personal life at home to becoming **"World Wide"** on the internet including people tap cellular phones across the **"Nation"** of seeing me nude every day in my own home. When I begin the transition as a correctional officer from Savannah Regional Youth Detention Center to Smith State Prison I had no idea I was being watch like I am a criminal and later being investigated until the crazy things started happening. When I walked in the prison doors as a cadet officer; a officer name Patterson warned me that they thought I was inmate dealing because of the fancy paint job I have on my vehicle. Officer Patterson proceed into getting me to become her friend; I had no idea she was trying to get me to become a member in a inmate dealing click. I thank God that I have a job standard slogan that says; **"I come to work to make money not friends"**. Now I become a **victim** in my personal life in and outside of work because I am different; when the only thing I was trying to do is get a better paying job to make a better life for my child and me due to me being a single mother. Officer Patterson was arrested and terminated later for inmate dealing. Ring leader names to look for that had something to do with my situation top lady dog Sgt. Richie and the following rest Deputy Warden Kevin Sprayberry,

Lieutenant Dickson, Lieutenant Francis, lady that works in personnel Leislee and may be more. These people call themselves God; which we all know it's only one God that we can not see but we can hear his holy spirit. Person of entice that does not work for Smith State Prison but have been in prison before and may have some connection with this law enforcement gang; he call himself Dr. Vincent W. Turpin that is marry to a C.A. Turpin that is known as a prophesier. Address P.O. Box 120294 Ft. Lauderdale Fl 33312/ phone number 352-229-3742 phone number and address may have change and or name and this person may be running or hiding. This person also use to have a face book or may still have one. All a sudden year 2015 in the middle of Smith State Prison mess my mother told me this man has died; which I known that is not true. I guess he call his self Tupac and we all know that story. Well let me tell you a story on why I am making these allegation of a prophesier that was going from church to church messing up people life's. My house is bug with law enforcement equipment that can hear and see what I am doing; and it was then when I met Vincent W. Turpin I just did not know then until now when I started putting everything together about why I didn't make it in life and I was trying. So since these prison employees can see and hear what I am doing; then they also heard me when I pray out loud to God and Vincent Turpin did too. This is what I meant they call themselves God. I met Vincent Turpin when I was 18 or before then in Darien Ga cant remember the church name but owner Mary McIntosh. I was introduce to this church by my mother following up my mother then. I have a feeling Vincent Turpin has something to do with me not passing my assessment test to start my college classes when I was attending Savannah Tech; who knows he could of paid somebody to tell me I did not pass the test the same thing I am going through now a lot of denial. I took that assessment test a lot of times at Savannah Tech College. Year 2004 of meeting my ex-boyfriend Chadwick Arez Tate that is from Covington Ga and dating him; year 2005 I tried to transfer from wal-mart in Pooler Ga to the Wal-mart in Conyers Ga denied, fill a application out to a toy-rus in Henry County denied, applied to the Nestle Company off of Mcdough Exit in Henry County denied the same thing that is going on now is just that I am wiser to what is going on now. Year 2004 working to wal-mart up to 2007 I use to feel sleepy a lot over sleeping for work just like now and know I had a lot of sleep after waking up. So what ever the sleep stuff is they using on me was use then so Vincent Turpin is a top man dog of the gang just like Sgt. Richie is. My work pant I had for wal-mart was also getting tore just like now it's just that then I thought it was the washing

machine to verse now 5 pairs of pants is not going to get tore in no year. Pray for God to send me a husband that was in church that does not drunk or smoke; year 2006 it happen I met Corey Carlyle at wal-mart and his mother had control of his mined the church gang thing so that is why I did not marry him. So Vincent Turpin may have know Corey Carlyle and his mother Cynthia Jones and that is why Corey Carlyle got a job at wal-mart just saying since they can hear me pray out loud to God. Year 2009 Pray for a job making just as much as I was to wal-mart since I was fried and had to work to McDonalds which was no money; year 2009 it happen at Krogers I started out $9.00 over night to $10.95 in the deil department and I was not suppose to make that much cause the manager in the deil department ask me who hire me and why was I making so much and the people working their 5 years or more making that but I did had customer service experience. 2014 I told Vincent Turpin some information about my marry friend name Thomas Eddie Porter and his ex wife name because I was hurt at the time and Vincent Turpin made me to stop calling him for two weeks which that was not nothing I wanted to do cause I love him even thou he was still marry at the time; and Vincent Turpin was trying to force me to stop having sex with any man and become a sanctify woman in church. I believe Vincent Turpin knew my marry friend Thomas Eddie Porter ex wife at the time and that is probably why my marry friend marriage went down hill. I know that you all do not have nothing to do with other people playing with your mine but I just list these things because at the time my house was bug too just like now and Vincent Turpin plan was just like these prison employees plan to try to stop me from succeeding and I still did. People can play with people mine all day long that is not a crime; but they do not have the right to bug their home, car, or tap their cell phones to see what is going on in their life that is a crime. Year 2013 my "47" inch flat screen TV was stolen I thought it was the maintenance man and it was these employees at the prison that had a connection with the maintenance man. Year 2013 after graduating from a cadet to a correctional officer II I found out about the Federal Prison. I applied on the internet to the Federal Prison in 2013 or 2014 and was motivating other officers to try to apply and had no idea they were the ones stopping me from getting the Federal Prison job. Year 2014 I started questioning the amount of hours for the Fair Labor Standards Act overtime does not match up to the amount of money they are paying us. Year 2014 I started writing a book about my life to help people who don't know how to succeed in life; and these prison employees thought it was a book they can *steal* and put their names on it for credit. After they realize it was about my

life they took it and put it all over the internet what website it's on I do not know and they probably was selling it for money my work about my life I took time to do night after night being tired after working those 12 hours up writing and they think I am going to let them get away with my hard **EARN** work I put in. Year 2014 I notice in the fall every morning on the way going home after working night shift a group of work trucks will follow me from Glennville G.A. to McIntosh County G.A. where my parents live back to Long County G.A. where I was living at the time tail gating and passing me. Year 2014 the prison employees stop my marry friend from seeing me in person by blackmailing him against the situation he had going on in his household with his marriage and blackmailing him with his jobs just to keep him away from me. My marry friend Thomas Eddie Porter was also an correctional officer at the Savannah Regional Youth Detention Center. Me and my marry friend continue to talk on the phone until the prison employees block me out by them having our cell phones tap so that we cannot talk to each other. The prison employees also sometimes had the phone land line block so that I cannot call to find out information about getting a job. Here I am trying to work to keep food on the table for my daughter and I and these prison employees have it where I can not get a good job at all; this is call **DISCRIMINATION** and this is one of the main reason why **HOMELESS** is so bad in the United States situation crime allowed to go on like this. I explain to some business that my computer at home, library computer, and unemployment computer is tap and ask for paper application; some jobs gave me paper application and some did not care and say the only way for a job is online. Thank GOD for my parents still being alive because I would have been homeless, my daughter would have been taking away from me because of somebody else fought of trying to destroy my life and **once again I am very upset that the government allow this crime** to go on because the **Nation** knows due to the tapping of everything through the internet and nobody did nothing **SHAME** of you all. January 2015 the prison employee name Sgt. Richie and other employees call police officers to break in my vehicle unlocking my doors with their police equipment took the pages of the book I was writing and started copying it. In January of 2015 my post was outside on the perimeter driving the perimeter car around the prison. Every night they will send me in the prison so I can do a head count of the inmates; while some employees outside damaging my vehicle in the inside and the outside. Because the title of my book is *"To Single Independent Mother's Trying to make an Successful Life"* and explaining what happen in the past of my life. The

prison employees had this wonderful idea that they can force me to live in my past again to keep me from moving a head in life. January 2015 the Federal Prison call me for an interview and I past the test requirement to start the job. Sgt. Richie had my pass words to my e-mail and Federal Prison account that she got out my car when they broke in with the police equipment; and was going in changing my question around so that I can not get call for an interview and was called any way. Also in my car I had important court document from when I was taking my daughter father to court; my daughter and I social security card they also took all of that and put it on the internet. The prison employees blackmail the Federal Prison in not to hiring me which is against the law when I pass the test that is require to begin the job. The prison employees call themselves **"The Smooth Criminals"** that can not be caught of their crime since they work in the background that put away crime. The prison employees also says they are the **"FBI"**; and before I was terminated from working there in briefing a employee said he was not scared of the "FBI". February 2015 when I enter the work place they took me to the back of the prison like I was inmate dealing; strip search my private body parts, taking my USB cord that I had the book written on to download it on the prison computers, and took me outside to act like they was doing a search on my car and was damaging my car in front of my face also going through my belongings they already went thru when they broke in my car with the police equipment. You can see the damage air space in my trunk and door where they was forcing it open; also other damage in the car and under the hood. February 2015 the prison employees had all the counties and all the prisons from state to state to follow me around every where I went including Wal-mart in Hinesville G.A. and other stores and this still goes on right now. Also they act as customers while I am at work to McDonald's harassing me while I am trying to work and make a living since they destroy my correctional officer career. The statement they was trying to say with the following me around thing is **" Since she is writing a book; she wants to be a star and we are going to show her what it is like to be a star.** I had no attendance of trying to become a star; all I know is I like to help people better themselves if I can and I was just trying to work to better myself to because I am not all about myself. The funny part is this foolishness made me the star; now that's what is funny. In Chapter two I talk about a car I had in the past that had wiring problem in the car; so the prison employees took my wires apart in my 2008 dodge charger cutting my back sit of my car and rewiring cords in the back sit of my car and other places. In Chapter Four I talk about losing past jobs

and had a garnishment on my check from credit cards. The prison employees in March 2015 decided to garnish my check for no reason talking about **"retroactive"** adjustment which is on the pay check. And that was not enough so they go to terminate me referring back to chapter four of my life when I talk about wal-mart and had receive unemployment from Wal-mart. These prison employees do not care that I have a child to take care of her and I welfare. February 2015 the prison employees made my daughter school in Long County Georgia Walker Elementary withdraw her talking bout I have move and I was still living in Long County. Referring back to chapter four when I talk about I thought I was going to have to move back to my parents in McIntosh County GA of the seven to ten years living on my own. After being terminated in March 2015 I go applied for unemployment and they denied me for four months so I went back to work at McDonald's which I talked about in Chapter four and the big chapter twelve. Before working to McDonald's I applied to all correctional facility at the sheriff department and even home improvement jobs that where $10.00 or more but no body would hire me due to these prison employees trying to destroy my life. Once again I have a child to take care of and this situation took all my attention off my child to deal with this of getting my **Justice** shame of them to take food out my child mouth and forcing her grandparents to becoming a full time parent because of them trying to destroy my life. Not only I have a lawsuit with the prison employees; the prison employees add two other household on that they destroy in material damages and blackmailing their life's which is my parents home of four and now six people living in the household cause they force me to move back in along with my daughter and my marry friend Thomas Eddie Porter home which he is now divorce waiting to marry me once we all can stop these prison employees force from destroying our lives. The prison employees blackmail my daddy because of the life style he lives into telling him if he don't do what they want him to do to his daughter that work's for Smith State Prison we will put you in jail. My daddy may live the life style that he is living that is wrong; but he is not on nobody job doing it. My daddy started living this life style after becoming depress in 1989 when he was in a truck accident of trying to get his disability from not being able to work again after the truck accident. My daddy had the same situation going on with him in 1989 of being watch by who he use to work for or the person that hit him in the truck accident to force him to stay down from not succeeding to success. So after this lawsuit with me from Smith State Prison; My daddy either have a lawsuit with the trucking company that hit

him in 1989 or the job he use to work on. My daddy did fought for his disability for eleven years until he decided to give up because of being watch by some criminal gang just like I am to keep him from doing a lawsuit. Maybe my daddy did not know the right way to go by this or know that he had a lawsuit. All he know is that he was fighting for disability. Some people do not know it takes money to get money. My daddy is also a veteran of servicing in the military when he was young. Starting McDonald's in July 2015 getting a second McDonald's job; the prison employees still in my life at McDonald's forcing McDonalds's employees to be mean to me to try to make me quit my job to when I am not in my work pants destroying them with holes between the legs to keep me spending money on more pants to also destroying my work shoes. They also had the job at McDonald's bug including the restroom with once again nation-wide and McDonald's employees would watch me when I go to the restroom and who wants to see somebody use the restroom. My life became to me not having any privacy no more. Fans may know what is going on in a star life which is normal; but behind close doors of a celebrity life fans do not know unless the celebrity allow it to get out. April 2015 I had to put my car first in a shop call Tom's auto repair which he charge me $200 still couldn't fix my car. Then I took my car to Liberty Dodge in Hinesvillie G.A. to where I was charge $4,700 for my car to get fix that the prison employees had a kill switch on my car. Nothing was fix on my car the damage including wires that they said is fix is still the same damage the prison employees did to my car. All eight or nine towing my car from place to place not in a year money back from all those towing charges. April or May 2015 I walked from my house in the hot heat 10683 Oak Ridge MHP lot 19 Allenhurst GA 31301 to the Dodge dealership where my car was. That is about 10 to 15 miles walk; I had water blisters on the bottom of my foot due to the prison employees tampering with my shoes. I call my mother to pick me up from the Dodge dealership taking me to the unemployment office in Hinesville GA where my mother drop me off. Waiting on my mother to come pick me back up outside the unemployment office I passed out having my very first seize that I never ever had in my life due to the water blisters that was on the bottom on my foot. When I came to I went in side the unemployment office gasping for air; I ask for water to drink and to sit down but they was about to close their office. June 2015 this time I took my eleven year old daughter on the same walk in the hot heat from my house to the Dodge dealership in Hinesville GA the same 10 to 15 miles walk. When me and my daughter arrive on foots; my daughter also almost pass out gasping for air at the

Dodge dealership.    January 2016 I was terminated from the McDonald's in Richmond hill G.A. due to the prison employees forcing a McDonald's employee to fight me. February 2016 due to the prison employees telling McDonald's employees to hold my pay check money I work for; I had to get a third McDonald's job because I was not getting all my money I work for referring back to chapter twelve. March 2016 the prison employees started getting my neighbors and my marry friend to rape me with the sleepy drugs they give to them by injecting me at the heel of my foot. Also getting them to turn my alarm clock off while their was in my house while I was sleeping. This made me over sleep for work but that was the plan so I can not go to work and make money. What kind of life they are living in when you have to work to eat and also get what you want in life. You can not make no body work; and you can not also stop some body for working. This was going on a long time even before March 2016. June or July 2016 due to me not making enough money and rent behind the prison employees force me back home to live with my parents referring back to chapter four. They also was at the electric company making my electric bill go up so it was hard for me to pay it. So if you can check the electric company for the over paid amounts of electricity I did not use I want to suit for the over use amount electricity money I paid back. Before I got a loan of $4,700 to fix my car that was not fix; I tried to do a insurance claim at direct car insurance and they denied the claim in telling me my car was a total lost. August 2016 my daughter started school at Oak Grove Middle School in Darien G.A. I thank God my daughter can focus though all this in school and still have good grades. As of October 2016 I see where my daughter is struggling in her Grades; I donot know what these prison employees telling my daughter on lying to me but judge my daughter can not focus through this sadness every day of being rape by her grand daddy in the mouth and anus, and from her grandmother and aunties vagina in the mouth. She is now in the low C's of becoming a F. My daughter never brought no F home from school. I believe the prison employees forcing my daughter teacher's to rape her too in the mouth at school only she can tell you that judge. But I know I am being rape at home living with my parents and also the rape from prison employees and McDonalds employees and family members street people when I was living on my own that I talk about earlier in the complaint. Once again these prison employees have no rights to do what they did to me and everybody know nation-wide; but yet no body did nothing to get no help. While I am sleeping the prison employees force my parents and sisters to inject the heel of my foot with the sleepy shot so that they can rape me in the mouth and

vagina while I am sleeping and the prison employees are watching it while they are doing it laughing about look at what we have her family doing to her. Some times the sleepy shot will wear off and I can hear my tongue in my sister or mother vagina but can not feel it cause my body has no reaction yet. What I mean I can hear my tongue in their vagina is; saliva and body fluids mix together makes gushy sounds. But when the sleepy shot wear off and my dad penis or my future husband penis is in my mouth I can feel their penis on my tongue. They also had the sleepy drug where it was put in the bed mattress, blankets, pillows, car seats, and can out through the air in the air condition. This drug will make your heart rate speed up fast in order for you to fall asleep. When falling to sleep normal your heart rate slows down. The drug will last for three hours until it wakes you up when it wears off. How I know; because I watch every thing they tell my family to do so I time the time I go to sleep until the time I wake up. I also watch my sister set the alarm clock on her phone to wake up when she work all day and in the middle of the night do not have no where to go so why was she waking up in the middle of the night. I also heard my sister say she was tried of having sex with my dad while I was on the sleep shots but no reaction to the body. I also caught my dad bout to have sex with me while I heard him run out the room nude I did not see this while my body was coming back to from the sleepy shots. They also had some kind of grease that will make your breast get big and nipple hard for sex. The prison employees also perform surgery in my parents house on my vagina putting a birth control piece in my vagina and cutting a piece off my vagina talking bout the pass of the HPV I had in my vagina and also a heart maker piece in my stomach while I was drug sleeping on the sleepy shots. The prison employees also force my parents to allow them to take me out the house in the ambulance and people vehicle while I was sleeping on the drugs where they rape me also. They also was rapping me while I was still bleeding in my vagina from the surgery because when I woke up I was feeling deep pain in my stomach and vagina which I am not having sex on my own. I having had sex in one year and a half of March 2016 on my own will. They was forcing men and women to put semen in my mouth from the vagina and penis. I watch my daughter put her mouth on my dad penis while he was fixing her food. I know my family did not want to do this they was force by the prison employees. They also had them putting their booty on my mouth and putting bowel movement in my mouth or dog dodo. How I know they will do it and get the people at work to talk about it thinking it is hurting my feelings; when I am listen to take everything to court for this lawsuit while they are being idiots. Things like

this happen when people get greedy over money. By them inmate dealing for money; who knows what the inmate deal was. The inmates could of told the prison employees even thou I am locked up behind bars; I want to live like I am free in the citizens world. If you think about some of the things that was did to me and my family on what I said; it sound like a mine set of somebody that's been locked up a long time cause it's petty things like a little kid would do. We all know who works in law enforcement a inmate mine is a kid mine for some of them that been lock up since little children. I have met some inmates that act like adults and say once I get out I have a plan for my life; I do not want no problem I am in here to do my time. Some inmates that are not getting out is still respectfully but not many that way a select few. Once you all investigate and get information; if my family is scared to talk because of these prison employees; they can go down with them too because I am coming full force for my **Justice** I deserve. I was hit with a law enforcement gang that have dealings with drugs and greedy over money. September 07, 2016 I was admitted to Gateway Behavioral Health services by McIntosh County Sheriff Department. I was picked up at my parents house by a lady officer name Gina Harris Ellison and a nurse of maybe the sheriff department nurse. Officer Gina enter the house proceeding to the back of the rooms where I was at asking what I was doing and why I am on face book.Which have of my information was on face book and I never had a face book account until these prison employees started this mess. Yes I was on face book talking about what the prison employees was doing; but if it was private every body still could see cause the computer is tap just like every body could see every day what I am doing in my privacy. I told officer Gina I donot have time for this foolishness and I am trying to take care of my child. Here go officer Gina telling me she have children of three like she knows what is best for me while she is doin her dirty work for the gang click in law enforcement. Officer Gina proceed to ask me to go with her and I told her I refuse. She started to call for back up like I am some criminal; so I agreed to go until I do what I have to do to get this lawsuit started. Officer Gina walk me in the living room of my parents house and proceeded to hancuff me in front of my parents like I did a crime and escort me out the house pulling on me hard taking me to the police car to escort me to Gateway Behavioral Health Services. On the way to Gateway they had the gases in the police car seats where they was trying to make me fall asleep as I notice the windows getting light dark so I stretch my eyes open to stay awake. Notice once again I was in handcuffs. Officer Gina took I-95 to Brunswick G.A. speeding so that the gases can have me

asleep when I get their. Arrive at Gateway Behavioral Health Service where Officer Gina and the nurse exit the police car leaving me in the hot police car with her cell phone on the front seat for 10 mins watting on me to fall asleep with the sleepy gas watting on Gateway employees to answer the door. I proceed to say I have to use the restroom because it was so hot in the police car and we all know what heat do for you when you in the car a long time. So the nurse say we will be here all day watting on her to fall asleep lets get her out the car. I enter gateway where they say my parents will pick me up when I get out not telling me how long I will be in their. So I begin to pray out loud until the Gateway employees got tried of me praying; told the residents to go to their room and six employees crowd me with one injecting in me with some kind of shots in my butt so I can not feel anything and the employees holding me down with my head in the couch while a man employee rape me in the anus. While I was a resident at Gateway Behavioral Health Service in Brunswick GA the same thing happen to me as at home they was rapping me at night when I went to sleep. After the sleepy shots wear off I heard a man employee told me to go up on his penis and I woke up after that they be fast they know the amount of time it take for my body to react again so they will be gone I will never caught know one but I can hear them talking while they are rapping me. When I woke up to go to the restroom I found his private hair in my bra. I know who the residents and employees was even thou I did not see and hear them I still know who they are. I was release from Gateway Behavioral Health Services on my birthday September 13, 2016. I want Gateway Behavioral Health Services in the LawSuit too. And if I can not suit them all in one with Smith State Prison for being stupid; I will take my time no matter how long it takes to suit each one of them for my **Justice.** I also want to lawsuit McIntosh County Sherriff Department for admitting me to Gateway Behavioral Health Services when nothing was wrong with me from them trying to hind their lies. September 29, 2016 the prison employees made my daddy and two sister fight me because I told my daughter not to sit by my daddy because they was making him rape her in the mouth with his penis. After the fight the same day me and my daughter left to go to Washington D.C. too see how much money it takes or what to do to get started with this lawsuit. I am tired of this prison employees thinking they are some in control of my life trying to repeat in the past what happen in the book of my life and what happen in the past of my life some things I did not put in the book. The sexual rapes that was force happen to me they got it from me and my future husband Thomas Eddie Porter on what we was discussing on the cell phones what we was

going to do once we get marry the prison employees had tap our cell phones and listening to our conversation. My future husband was also rape but it is up to him to tell you all what happen on his end just like it is up to my parents to tell what I did not see. Once again if these parties do not talk for their justice I do know Tamitra Dixon going to get her justice with or without them. I can not take care of my daughter and I welfare because of this foolishiness. I can not work and have no nice clothing like I use to or get my hair done nice like I use to because they tear up my clothing and get my family to put some kind of watery spray in my hair to mess it up when I get it fix. Petty things that this law enforcement gang do for Smith State Prison employees. October 07, 08, 2016 leaving for hurricane Matthew. Me and my daughter along with my two sisters went to August GA where a killed switch was already on my engine from the law enforement gang. October 08, 2016 I trying to leave Augusta GA to return home while passing by someone on the road they push their cell phone of the kill switch buttons on my car that's connected to every body cell phone nation-wide and stop the killed switch for working on my engine talking bout my car is broke down and has a blowen head gasket that happen to the Chevrolet Lumina and referring to chapter two. So I decide to sleep in my car that night and said I was not moving until my family get money to tow my car off the road. The prison employees made my two sister surround my drive door for blocking me from getting in my car and pushing and pulling on me not to get in on the driving door. So that pushing and pulling turn into me hitting my middle sister by punching her in the face breaking her eye glasses and hearing aid because of the fight they force they need to pay the amount of the money back to my middle sister pay to replace her eye glasses and hearing aid. I want to end this complaint in saying what ever I have not cover in this complaint will be cover in court. I put this complaint together real fast so it might be some miss spelling, pronunciation grammar and repeating sentences. I did not had a lot of time to think or look up words to have this perfect like it should be. All I know is that I am tired of this law enforcement gang with Smith State Prison thinking they can control my life by trying to stop me from working a good paying job and having the final things in life I see I want. I also want the love of my life Thomas Eddie Porter that's waitting on marrying me once we can stop this Smith State Prison law enforcement employees gang control. This was none of their business that I talk about in chapter nine. I was trying to help people in life with my book not putting them in my whole life of what goes on behind close door because that is no body business. I want these prison employees

and the rest of the law enforcement click that had something to do with these crime put away in prison for everything they did to me and my family including what they did to my future husband Thomas Eddie Porter that is now divorce. What they did to me, my family, and my future husband was violate and it became violence by their **FORCE** using my family to rape and fight me. They also have my parents computer tap so they saw everything I did on the computer. They even have the computer fix so that I can not apply for no jobs online and also the library computers tap so that I can not apply for no jobs at the library. So I went to the unemployment office in Brunswick GA to apply for a job on October 18,2016 and they have their computers tap also. Transportation is very important to have to get back and forth to a job and it also ask you do you have transportation when you apply for a job; so I put this complaint together real fast so that they can get the kill switch button turn off my engine so I can get back and forth to work. They had no rights to put it on my car any ways. Because of this stupid law enforcement gang game they are playing I had no cell phone since January 2015. This is not good by me traveling long distance to work and out of town by myself with my daughter back and forward to Washington DC. The prison employees/ law enforcement gang also was tapping McDonalds system so I will have a hard time ringing up customers food and they were coming to the three location of the three McDonald's I work to acting like there are customers harassing me on my job.

**Lawsuiting For:**

The amount of  Fair Labor Standards Act money for overtime I did not receive

How many people the judge thought would have buy my book for the price of $30.00 I have a Introduction explaining what is going to be cover in the chapters of the book and I wrote from chapter one to chapter thirteen

The amount when the prison employees garnish my check of **$352.00** trying to make and force me to **"Retroactive"** the word that's on my check they garnish me for

The **$1,000** they stole out of my annual leave money

I want the amount I would have been getting paid from the Federal Prison being a correctional officer since I was lied to and denied of a job I already had. So from January 2015 to December 2016 I want the lawsuit amount Income from the Federal Prison working as a correctional officer which is **$3,800** every two weeks

From March 2015 to July 2015 I want the Smith State Prison Income amount Which is **1,150.28 Semimonthly** of being out of work for **four**

months when I applied for unemployment from Smith State Prison and was denied looking for work applying to two correctional facilities in Georgia at the sheriff department and one in South Carolina and was denied and also applying to home improving jobs and was denied. I also want to work my Federal Prison job as being a correctional officer II

I want to get my sick leave hours of **457.50 hours**

For the prison employees making the job hostile at Smith State Prison by forcing the inmates to threatening and scared me so I can quit but yet they terminated me

Replacing the "47" inch flat screen Tv that was stole in 2013

For breaking and entering my place while I was asleep and when I was not at home at 10683 Oak Ridge Mhp Lot 19 Allenhurst Ga. 31301 with their police equipment

For tapping my refrigerator, stove and me not being able to cook a meal. When I go to cook a meal; once I put my food in the hot pot of the boiling water or frying grease goes to slow down or may be stop leaving me to not cook at all.

The amount it takes for me to start over in a new place of my own replacing the bed, Furniture I left behind along with the mirowave, and dishes

For tampering with my food in my house and in restaurants that I go eat to

For tapping my cellular phones

The amount of damage the prison employees and law enforcement gang did to my car including the two kill switch that was put on my car, they also have kill switches and tracking device on my parents three cars so everybody know who I am and who they are when I am not in my pink car

For taking my four new tires off my car on February 2016 when I allow my dad to get brakes put on my car; because of them putting all four ball tires on my car. The ball tires cause me to hydro-plane on I-95 in Liberty County GA on March 28, 2016 a rainy RESSURECTION DAY when another car was trying to get in my lane I change from the middle lane quickly to the right beginning to spin around in my car may be two or three times until my car hit the median on the grass sliding back and forth with my passenger bumper hitting the guardrail stopping the car. When I look up all traffic was cease for bout 2 minutes when they see I was okay every body kept going. On the passenger bumper side in the back is the scrape from the hydro-plane. I did not call the police because they are the reason I am in this situation  NOW TELL ME GOD IS NOT GOOD AND WILL SAVE YOU WHEN HE HAS A JOB FOR YOU TO DO.

For taking my three new tires off the car again while it is still sitting in

Augusta GA

The **$200** dollars I spend to get Tom's Auto to repair my car and now Tom Auto went out of business since 2016 probably trying to run from this law suit

The **$4,700** loan me and my mother borrow from Spring Leaf finance that is now call One Main finance in Brunswick GA to get my car fix and only a kill switch was on it. I want to suit for the **$4,700 twice** for them being stupid for me have to tow my car to Liberty Dodge Jeep 750 west Oglethorpe hwy in Hinesvillie Ga to get it fix and they never fix my vehicle. My car sit to the Libety Dodge dealership for two months until I tow it to my house.I had to drop my car Insuarance in October 2015 for two months for their foolishiness For Stress, emotional stress, depression, harassment at work ,home thru my family, and in public, in my personal life, torture to my mine, body, and making the work place hostile to work in, getting in my love life, not being able to take care of my daughter and I welfare and not able to get a good paying job

For me having to get surgery in my mouth and on my teeths that they mess up

Surgery on my two little toes due to them having something in it so I need it remove and the left and right foot the two corner of the foot

Surgery to get the birh control piece out my vagina and the piece that was put in my stomach

I want protection of the fraud they put on my credit because my credit score is about 850 right now from the past charge off credit cards that had drop off my credit since 2014 and me and my daughter social security number

The **$1,000** from 200 Pooler Parkway Ga McDonalds never pay me. And they never gave me a termination paper but they told me not to come back to work since I work 10p.m to 6am and would not stay over until somebody else come in to release which is referring back to chapter twelve so Pooler McDonald's made me quit volutary they never once again gave me a termination paper and I was always ontime to that job

McDonald's in Chatham Parkway Terminate me because I told her if they donot pay me my pay check money I will lawsuit them along with Smith State Prison. So she terminate me for something I spoke which was my rights. The store Manger Name is Julia and she never gave me a terminating paper to sign

For McDonald's in Richmonhill terminating me for defending myself while I was in danger

For McDonald's in Hinesvillie hwy 84 not paying me $378 when I first

started

 For McDonald's in Brunswick Ga New Jesup hwy 341 taking about $100 when I work overtime after Hurricane Matthew on October 10,2016

For denying me of three loans to get this money for the law suit, one to Southeast Bank in Darien Ga which is nothing wrong with my credit, two to sunshine finance in Brunswick Ga, three at Spring leaf finance in Brunswick GA on a sperate account with out my mother name on it

For my daughter Shalycia Tate have to get surgery to because I believe they also perform surgery on my daughter body to that may be mess up in the inside of her body like mines

For McDonald's on 1 A Gateway Blvd in Savannah Ga stealing $30 of my pay check when I work on October 25,2016. At the time we was working at 2701 Montgomery St. 912-233-5508 in Savannah GA due to remodeling of the store. Each McDonald's I work to will take my money and put it on the next pay check which they have no rights of doing following behind the Smith State Prison Situation. I will notice on some pay check of the following week that my pay check will be more then it suppose to be that is because they returning my money of the last pay check that they stole off.

For getting my family to video me with their phones sending it to everybody phones nation-wide while I was sleeping and while they was raping me in the mouth, eyes and my vagaina while I was unconscious with the shots they will give me while sleeping to make me sleep even longer

For the police officer HARASSING me on February 20, 2015 in Long County GA about my physical address when he stop me from speeding and at the time my P.O. Box 1935 Darien Ga 31305 was on my driver's license as my mailing address and when I got it renew on September 2015 they made me put my physical address so when I apply for a job they are confuse cause I receive my mail at the post office box. The officer proceeded with making me follower him to the Long County Sheriff Office and I also had my daughter in the car with me taking her to school that moring where she was still attending Walker Elementary school the same moring they withdrawn her from school. The officer was laughing about the matter because he already knew my physical address because of the tapping gang connection they have on my life he was just forcing me to give him an physical address he already know because he was a police officer and he feel he have that power to do so. It was just a speeding ticket and if he had a warrant for my arrest he could of find my physical address in the system of Long and McIntosh County. Once again this officer just wanted to harass me because he could of do it and think he can get away with it just because

17

he an police officer.

On June or July 2016 at the Parker's store across from McDonald's in Midway Ga I donot have the address of the citation because it is in my car where my car is still in AUGUSTA GA on November 2, 2016 which was left there on October 8,9, 10 2016 when they stop my engine with their KILL SWITCH ON IT. When I arrive to the parker's store in Midway GA I pull up to a gas pump where a K-9 police officer vehicle was sitting. I went in the store to pay for my gas. I exit the store reporting back to my car to fuel up on gas. After fueling up with gas the officer had a conversation going on with the other people that was fueling up with gas. As I open my door to get in my vehicle I left my radio on in the vehicle and the officer was harassing me about playing loud music. The windows where up on the car and I donot have big speakers in my car. The officer proceeded to write me two ciation without a traffic stop 1) about the loud music and 2) about me not having my vehicle registration which was at my house in Long County at the time mix up in all the papers left in my house since the police officer was breaking in my vehicle I took them out which did not make any sense because they was breaking in my house too. September 6, 2016 court was for those citation I reported to court and the citation was drop but; before it was drop they was harassing me about the situation in court like I am mentally health and donot know what is going on with their law enforcement game so here go my parents in court telling them I had a nervous break down about Smith State Prison terminating me the game they make my parents to play like I am dilutional so they can get away with their crime.Once again I will say it OVER AND OVER AGAIN I AM SO DISAPPOINTED IN THE GOVERNMENT for ALLOWING SOMETHING LIKE THIS TO HAPPEN; MONEY CANNOT REPLACE PAIN OR YOUR LIFE.

For them getting in the way of my daughter EDUCATION which is a law requirement and from stopping me showing my daughter the right value about qualities in life.

 For making my parents and sisters teaching and learning my daughter about SEX

For telling on September 29,2016 the HOWARD & JOHNSON motel not to give me a room to stay for that night telling me they were booked and had no rooms to go to motel six which they was refering to my high school picture book when one of my ex-boyfriend talk about the fun we had when we went to motel six. So I get to motel six in Washington DC not to far from the Howard & Johnson motel these people tell me they was booked also and

nothing special was going on in Washington DC at this time. The Smith State Prison law enforcement gang was stopping me from getting a motel room.

They did the same thing when I went to Augusta GA; tell the motel employee to tell me they had no vancy for rooms I went to about ten motel until I stop and my sister had a friend that was living in Augusta GA that we could had stay with.This happen during hurricane Matthew and they was trying to make us stay to a shelter because that is what happen to my family when Hurricane Flody came we stay in a shelter.

For putting all my pictures from my picture book on the internet and sending it to everbody phones.

For going to the high school, middle school, and College of Savannah Tech and past jobs getting **history** of my life without my permission like they are some celebrity news people trying to get paid on the low for their crime that they did to me

For Febrary 18, 2015 police statement and coming to my house at Oak Ridge Lot 19 Allenhurst GA 31301 harassing me. After the police officer knock on my door and I exit out of my house the officer ask for my driver's license and took picture of my driver's license with his cellular phone and proceeded to ask me for my social security card and I refuse to give him that because there is no such thing as a officer needing your social security card to do a police report all this harassment for all these three years I had to deal with from law enforcement and the people in the public including when I was at home the harassment they force my family to do not only raping me but yelling at me for no reason and it also happen at work. I guess the yelling suppose to make me have a real nervous break down to forget about this law suit.

For the $172.00 Amtrax train ticket I purchase on November 18,2016 in Savannah GA to leave Savannah Ga on December 05,2016 PM to arrive in Washington DC at the union station on December 06,2016 AM round trip to return back to Savannah GA on December 07,2016 AM.

November 22, 2016 I did another voultary cancelation of my car tag due to my car still being in Augusta GA with the kill switch on my vechile.

Some more petty things to add that the prison workers has my family doing November 24, 2016 when my parents cook ThanksGiving food; the prison employees had my daddy to put body fluid semen from my mother, sisters vagina including my daddy semen in the sweet potate pie and potate salad. They had collected their own semen in a cup when they would come in the room when it was time to rape me while I was sleeping. The prison

employees also had my family shaving some hair off my outer border of my vagina during the rape along with shaving the outer of my under arm hair leaving hair in the middle of my under arm thinking I would not know what they was doing. During the rapes every night before finishing they did all kind of things to me from putting shaved hair off a human body parts in my mouth, from vagina and penis semen down to urinating in my mouth now that is some nasty flirty things I ever heard while some one is sleeping sick people. Every body in my parents house hold will rape each other including again these prison workers are sick when it comes down to you doing it to my eleven year old daughter that's telling me they never had any morals in their life. In February 2016 my mother received a package from USP which in the inside containe the bottles of the injection fluids the prison employees force my family to use of each other including me during sleeping periods to perform the rape demarcation. My mother also received a package from UPS on November 28, 2016 and she said it was a package from my auntie which I know that is a lie some more injection fluid but this time I have the tracking ticker from the package. These prison people was trying to cause problem between me and my family and that's all I have. Because of this situation I will never trust my family again I love them but trusting them with any of my business in my life I will never. The only thing me and my family can do is continue to love and help one another. Besides once again as telling them my personal life or trusting them to help me run a business that will never happen my trust issue throwen out the window because it is too many greed people out here for money and as this situation show me they will use your family to get it too and I work to hard for people to try to steal from me. My family will be on top like me and I will help them stay their if they do the work; but for the last time so far as helping me with a business in managering money not happen they can work for the busy and that is it. This game wanted me to continue my life by myself  without family help while being in the middle of it; and when they game is over I will still continue this life by myself in my mine with no advice from my family. NONE!

December 1, 2016 my sister Lakeia Dixon gave Strictly Towing and Recovery (912) 222-9886 1266 Boggy Gall Rd Darien GA 31305 permission without my permission and no car key from me to tow my car 2008 Dodge Charge Pink and Silver from Augusta Ga back to Eulonia Ga at my parents house so the towing company know better because they did not have any key and every body knows what is going on cause they can see what I am doing every day through this law enforcement gang GAME on

their cell phones. So I am suiting Strictly towing and Recovery business for that because I am the owner of the car not Lakeia Dixon and what ever happens to my sister judge not my business. Lakeia woke me up asking for my car key and I did not tell her if I had it or not and I told Strictly Towing Recovery I was going to suit them and they shook their head and said they did not care that is how I got the towing company name when my sister woke me up stupid she should have left me sleeping but they think they know game playing with my Life. I understand they was trying to help me because I do need my car to get back and forward to work; but they should also use their head and know that the law enforcement Smith State Prison employees gang game had no right to do what they did by putting the **KILL SWITCH** on my car and when I arrive on December 5,2016 to Washington DC and they would have disconnect the kill switch because they know the law suit is coming. The prison employees plan was to tow my car from the apartments in Augusta GA to where I would not know the location of where my car was talking about they was going to charge me to get my car back. I was not worry because it was going to sit their until I come to court in Washington DC and if they where going to try to sell me car they cannot do that without a title so I would had suit them again for selling a stolen car and the person who brought it would have went to prison for buying a stolen car that they know was mine because once again every body know who I am and know what is going on with my car situation with this law enforcement gang **STUPID GAME**.

The prison employees also had the video and tracking device air plane following me around from the sky when I was drving and walking.

Tamitra Dixon
Tamitra Dixon
1062 Jacks Bluff Rd
Darien G.A. 31305