# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Tamitra Dixon
_____
Plaintiff

vs.                          Civil Action No. 16-CV-02375-RJL

Smith State Prison
_____
Defendant

## NOTICE OF APPEAL

Notice is hereby given this 23rd day of February, 2017, that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 2nd day of February, 2017 in favor of Smith State Prison against said

_____
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**     Please mail copies of the above Notice of Appeal to the following at the addresses indicated:


RECEIVED
Mail Room
FEB 27 2017
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia