# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 17-7040**                    **September Term, 2016**

**1:16-cv-02375-RJL**

**Filed On: August 3, 2017** [1687129]

Tamitra Dixon,

      Appellant

   v.

Smith State Prison,

      Appellee

## M A N D A T E

In accordance with the judgment of June 21, 2017, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
      Ken R. Meadows
      Deputy Clerk

Link to the judgment filed June 21, 2017